■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN CALVERT, Appellant. [697 NYS2d 658] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rios, J.), rendered December 23, 1996, convicting him of assault in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court's *Sandoval* ruling, permitting the prosecutor to cross-examine the defendant concerning two prior convictions for assault, was proper. Those offenses were relevant on the issues of the defendant's credibility as a witness and his

willingness to place his interests above those of society (*see, People v Sandoval,* 34 NY2d 371, 377; *People v Byrd,* 173 AD2d 549; *People v Ferreira,* 172 AD2d 769; *People v Noeth,* 162 AD2d 724).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are without merit. Thompson, J. P., Joy, McGinity and Feuerstein, JJ., concur.